In re Ajubita, Alfonso M.; Astilla, F.E., MD; Deloney, Ralph E.; Kern, Blaine; McFatter, Arthur L.; Astilla, Manuel J.; Babin, Michael O.; Bagnetto, Richard L.; Colon, Francisco, MD; Gorbitz, Carlos R.; Remedios, Otholino, MD; Labadie, Juan J., MD; Fischer, Eugene, Mr.; Fischer, Eugene, Mrs.; Vaughn, Jack C.; — Defendants); applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit, No. 91CA-0718; Parish of Orleans, Civil District Court, Div. “H”, No. 86-21006.
Denied.